UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JACKIE BARCLIFF, *et al.,*

                              Plaintiffs,                  **22 Civ. No. 9762 (NRB)**

        -against-                                    **PRE-SETTLEMENT CONFERENCE ORDER**

CITY OF NEW YORK,

                              Defendant.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Pre-Settlement Conference Call on **Wednesday, August 14, 2024 at 2:00 p.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. Counsel are directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 800 352 526#.**

      SO ORDERED.

DATED:    New York, New York
               August 5, 2024

                                                            */s/ Gary Stein*
                                                          The Honorable Gary Stein
                                                          United States Magistrate Judge