**MEMO ENDORSED**



| | THE CITY OF NEW YORK | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Acting Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **Jacquelyn Dainow**<br>Phone: (212) 356-0896<br>jadainow@law.nyc.gov |

**BY ECF**
Hon. Gary Stein
Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

August 6, 2024

Re: *Barcliff, et al. v. The City of New York,*
22 CV 09762 (NRB) (GS)

Dear Judge Stein:

I am the Assistant Corporation Counsel in the Office of the Corporation Counsel assigned to represent the City of New York in the above-referenced case. I write to respectfully request an adjournment of the pre-settlement conference call currently scheduled for August 14, 2024.

On August 5, 2024, Your Honor ordered the parties to appear for a pre-settlement conference call on August 14, 2024 at 2:00 P.M. (ECF No. 45). I write to respectfully request an adjournment of the pre-settlement conference call. The reason for the requested adjournment is that I have two depositions in another matter already scheduled on that date which cannot otherwise be adjourned. This is Defendant's first request for an adjournment of this conference, and Plaintiffs' counsel consents to this request.

Per Your Honor's Individual Practice Rules, the parties jointly propose the following three alternate dates for the pre-settlement conference call, contingent on Your Honor's availability: August 26th, August 28th, or August 29th.

I thank the Court for its time and consideration.

Respectfully submitted,

s/Jacquelyn Dainow_____
Jacquelyn Dainow
Assistant Corporation Counsel

cc: **By ECF**
Plaintiffs' Counsel

Application granted. The pre-settlement call previously scheduled for August 14, 2024 is hereby adjourned to August 28, 2024 at 11:00 a.m. All other information contained in the Court's August 5, 2024 Order (Dkt. No. 45) remains effective. The Clerk of Court is respectfully directed to close Docket Number 46. SO ORDERED.

Dated: August 6, 2024
New York, New York

*Gary Stein*
Gary Stein
United States Magistrate Judge
Southern District of New York