

**MEMO ENDORSED**

THE CITY OF NEW YORK

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

**CHLARENS ORSLAND**
**Assistant Corporation Counsel**
**Phone: (212) 356-2086**
**Email: corsland@law.nyc.gov**

November 6, 2024

**ECF**

Hon. Gary Stein
United States Magistrate-Judge
Southern District of New York
500 Pearl Street, Rm. 702
New York, N.Y. 10007

      Re:  BARCLIFF et al. v. CITY OF NEW YORK
            22-CV-09762 (NRB)(GS)

Dear Judge Stein:

        This case is scheduled for a continued settlement conference on Friday, November 8, 2024. The parties write to request an approximate two-week control date/adjournment of the conference.

        As Your Honor will recall, this case involves 23 plaintiffs alleging causes of action based on (1) conditions of their confinement, and also (2) individual tort claims. At this junction, we have settled 19 of the 'conditions'/tort claims (subject to 2 individuals approving the tort amounts). We are engaged in discussions on the 4 remaining claims, and are hopeful of resolving these claims shortly. In light of our steady progress, we do not wish to needlessly take up the Court's time, and request an adjournment of the settlement conference for an approximate two-week period that is convenient for the Court. Our expectation is that the remaining claims will have settled by that time.

        If the Court is amenable to the extension, please note that the undersigned has conflicts on November 21 and 27, 2024 (both in the morning), and Plaintiffs' counsel has conflicts on November 21 and 22, 2024. The original settlement conference date set by the Court was previously adjourned on consent, and so this is the second request for an adjournment.

Respectfully yours,

Chlarens Orsland
Assistant Corporation Counsel

c:     Pat Benn, Esq.
       Daniel Grace, Esq.
       Counsel for Plaintiffs

Application granted. The settlement conference is hereby adjourned to November 26, 2024 at 2:00 p.m.

Date:   11/8/2024            SO ORDERED:
        New York, NY

HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE