```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
JACKIE BARCLIFF, ISAIAH CHARLES,
JONATHAN CONTRERAS, KEYSHAWN
CROSBY, HECTOR DIAZ, JOSHUA DVORIN,
LENORZA EVANS, AZAR FEDCHER, TODD          ORDER
GUERRIERO, MICHAEL GUZMAN, JUAN       22 Civ. 9762 (NRB)(GS)
INGLES, JIMMY JEROME, GREGORY JOHNSON,
FRANCISCO MEDINA, ANTHONY O'NEIL,
ANTONIO ORTA, FREDDY PEREZ, GARY
RICHARDSON, JIMMY RODRIGUEZ, JOSHUA
SANTIAGO, TRAVIS SCOTT, VICTOR SMIRNOV,
AND JUSTIN SMITH,

                    Plaintiffs,

          - against -

THE CITY OF NEW YORK,

                    Defendant.
---------------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

It having been reported to this Court that the parties have reached a settlement in this case, it is hereby

**ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 30 days.

DATED:   New York, New York
         November 26, 2024

_____
         NAOMI REICE BUCHWALD
         UNITED STATES DISTRICT JUDGE